**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7294**

———————————

MICHAEL WOODSON, a/k/a George T. Baskerville,

Plaintiff - Appellant,

versus

VIRGINIA PAROLE BOARD; VIRGINIA DEPARTMENT OF
CORRECTIONS; VIRGINIA DEPARTMENT OF PAROLE AND
PROBATION,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-95-505-2)

———————————

Submitted: January 18, 1996      Decided: February 1, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Michael Woodson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to respond to a court order. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). Because Appellant may be able to save this action by filing an amended complaint in compliance with the district court's order, the dismissal is neither a final order nor an appealable interlocutory or collateral order. Domino Sugar Corp. v. Sugar Workers Local 392, 10 F.3d 1064 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2